IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HEBER HUERTA,

    Plaintiff,                        No. CIV S-11-0545 EFB P

    vs.

DR. A. TRAQUINA, et al.,

    Defendants.                  ORDER

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

        On September 13, 2011, the court found that the complaint stated a cognizable First Amendment retaliation claim against defendant Whitfield.  The court further found that, with the exception of that retaliation claim, plaintiff had failed to state a cognizable claim for relief against any additional defendants.  The court gave plaintiff 30 days to submit materials for service of process on defendant Whitfield, or, alternatively, 30 days to file an amended complaint.  The order warned plaintiff that failure to comply would result in dismissal of the action.

1   On November 16, 2011, the court granted plaintiff an extension of time to comply with
2   the September 13, 2011 order.
3   The time period has expired and plaintiff has not filed an amended complaint, returned
4   the materials to effect service of process or otherwise responded to the court's order.
5   Accordingly, it is hereby ordered that this action is DISMISSED.
6   Dated: January 12, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE